\-13-15A(Order)
(Rev. 11/06)

# UNITED STATES BANKRUPTCY COURT
# FOR THE MIDDLE DISTRICT OF NORTH CAROLINA
# DURHAM DIVISION

| | | |
|---|---|---|
| IN THE MATTER OF: | ) | No. B-0680213  C-13D |
| Pamela A. Smith | ) | |
| | ) | |
| | ) | |
| Debtor | ) | |

## ORDER

    This matter coming before the Court upon the Motion of Richard M. Hutson, II, Trustee for the above-referenced Debtor, to provide for the treatment of Ridgewood Homeowners' Association's ("Ridgewood") claim, and there being no filed objection to the Motion within the time period set forth in the Notice issued on March 23, 2007, by the Clerk of Court setting April 23, 2007, as the deadline for filing objections to the Motion and the Court, after considering the Motion, finds the Motion should be allowed; therefore it is ORDERED:

    1. Ridgewood shall be allowed a secured claim in the amount of $311.70 for past due homeowner's assessments, payable in monthly installments of $13.00.

    2. All on-going post-petition assessments shall be paid directly by the Debtor to said creditor according to the terms of the indebtedness.

# PARTIES IN INTEREST
## Page 1 of 1
## 06-80213 C-13D

Pamela A. Smith
106 Saddle Creek Ln.
Durham, NC 27703

John T. Orcutt, Esq.
6616-203 Six Forks Rd.
Raleigh, NC 27615

Richard M. Hutson, II
Standing Trustee
PO Box 3613
Durham, NC 27702

Charles E. Flowers, Esq.
123 Glenwood Ave.
Raleigh, NC 27603